**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **CASE NO. 5:18-CR-2-002 (MTT)** |
| ) | |
| **CLARENCE BOGAN** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**ORDER**

Defendant Clarence Bogan, who was sentenced on October 3, 2019, has filed a "motion letter" raising questions about his sentence.  Doc. 381.  Rather than addressing procedural issues raised by the motion, the Court addresses the substance of Bogan's questions.

First, Bogan claims that he was "sentenced to 130 month [sic], credited for 24 months for time served," but the Bureau of Prisons has not allowed him any credit for time served.  Bogan is incorrect.  The Court sentenced Bogan to 130 months, 24 months of which was to run concurrent with sentences imposed in Houston County Superior Court cases 2002-C-28761 and 2013-C-48051.

Second, Bogan correctly notes that the Court sustained his objection to a two-level increase in his guideline calculations for possession of a dangerous weapon in connection with the offense.  The Court's statement of reasons reflects that ruling. Because the Court rejected that part of the presentence report, there is no need to amend the presentence report which properly noted that a firearm was found.

Third, Bogan notes that at his sentencing hearing he provided evidence he had obtained his GED.  Again, the Court noted in its statement of reasons that "defendant has completed his GED."  There is no need to amend the presentence report.  In any event, BOP records reflect that Bogan has completed his GED.  Therefore, that issue is moot.

Accordingly, Bogan's motion is **DENIED**.

**SO ORDERED**, this 29th day of September, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT