IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CLARENCE BOGAN, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) CRIMINAL CASE NO. 5:18-CR-2 (MTT) |
| | ) |
| | ) CIVIL CASE NO. 5:23-CV-364 (MTT) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Movant Clarence Bogan filed a pro se motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255.  Doc. 441.  United States Magistrate Judge Charles H. Weigle recommends granting the United States' motion to dismiss (Doc. 446) Bogan's motion as untimely.  Doc. 459.  Additionally, it is recommended that a certificate of appealability be denied.  There are no objections, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error.  After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 459) is hereby **ADOPTED** and made the Order of the Court.  Accordingly, the United States' motion to dismiss (Doc. 446) is **GRANTED**, and Bogan's motion to vacate, set aside, or correct his sentence (Doc. 441) is **DENIED**.  A certificate of appealability is also **DENIED**.

**SO ORDERED**, this 25th day of March, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT