IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CLARENCE BOGAN, | * |
| Petitioner, | * |
| v. | Case No. 5:18-cr-00002-MTT-CHW-2 |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 25, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Respondent.

This 25th day of March, 2025.

David W. Bunt, Clerk

s/ Erin L. Pettigrew, Deputy Clerk